1130

No. 98–915.  HOUSTOUN, SECRETARY, PENNSYLVANIA DEPART-MENT OF PUBLIC WELFARE, ET AL. v. MALDONADO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–1115.  MARICOPA-STANFIELD IRRIGATION AND DRAINAGE DISTRICT ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–1165.  BEREANO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–1275.  CONSTANTINO v. UNIVERSITY OF PITTSBURGH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–1298.  LANDAU v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–1311.  ROBERT COAL CO. ET AL. v. HOLLAND ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1316.  ENERCON GMBH v. UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 98–1334.  FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. v. BRADSHAW ET AL.  Sup. Ct. Utah.  Certiorari denied.

No. 98–1338.  TEXAS ASSOCIATION OF DAIRYMEN ET AL. v. MINNESOTA MILK PRODUCERS ASSN.  C. A. 8th Cir.  Certiorari denied.

No. 98–1340.  COHEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–1346.  H. N. AND FRANCES C. BERGER FOUNDATION v. CITY OF ESCONDIDO ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–1373.  C. R. BARD, INC. v. M3 SYSTEMS, INC.; and
No. 98–1572.  M3 SYSTEMS, INC. v. C. R. BARD, INC.  C. A. Fed. Cir.  Certiorari denied.  Reported below: 157 F. 3d 1340.